UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>    Plaintiff,<br><br>v.<br><br>THE FIVE FIFTY TWO CORPORATION,<br><br>    Defendant. | Case No. 8:18-cv-00177<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this case have filed a stipulation of dismissal.

Accordingly, based upon the foregoing and all the files and records herein, it is hereby ordered that Plaintiff's Complaint is hereby dismissed with prejudice, with each party bearing its own costs and fees.

Dated this 26th day of November 26, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge